## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:08CR97**

**V.**

**ORDER**

**KELVIN GERALD MOSS**

---

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 122 ) Motion to Seal Exhibit I to Response Motion Seeking Compassionate Release.

**IT IS ORDERED**, that United States Attorney's Motion (Doc. No.122 ) is **GRANTED.**

Signed: October 6, 2021

Frank D. Whitney
United States District Judge