UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cr-00097-FDW

| USA, | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | |
| KELVIN GERARD MOSS, | ) | ORDER |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Pro Se Motion for Reconsideration, (Doc. No. 131), of the Court's prior order denying without prejudice his motion to reduce sentence, (Doc. No. 129), and his supplemental brief, (Doc. No. 133). In light of the arguments raised therein, as well as the basis for this Court's prior ruling, the Court DIRECTS the Government to file a response to the motion and supplemental brief within twenty-eight (28) days. Defendant shall have twenty-one (21) days after service of the Government's response to file a final reply brief.

IT IS SO ORDERED.

Signed: April 4, 2023

Frank D. Whitney
United States District Judge