UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-CR-00097-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KELVIN GERARD MOSS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the United States' Motion to Seal Exhibit 1 (Doc. No. 137) to Response to Defendant's Motion for Reconsideration. Defendant has not opposed the Motion to Seal. For good cause shown, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the United States' Motion to Seal, (Doc. No. 137), is **GRANTED**.

**IT IS SO ORDERED.**

Signed: February 7, 2024

_____
Frank D. Whitney
United States District Judge